IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PAMELA POINSETT,<br><br>Defendant. | Case No. 21-cr-00240-MMC-1<br><br>**ORDER DENYING DEFENDANT'S REQUEST TO DELAY RECORDING OF LIEN** |

The Court is in receipt of defendant Pamela Poinsett's letter of May 5, 2023, and accompanying exhibits (see Doc. No. 60, filed May 10, 2023), whereby said defendant requests the Court issue an order "delaying the recording of the [government's] lien against [her]."

Having read and considered the papers submitted by defendant, and having reviewed the record as a whole, the Court finds defendant has failed to show good cause for the relief requested. See 18 U.S.C. § 3613(c) (providing, upon "entry of judgment," order of restitution creates lien against all property of defendant); 18 U.S.C. § 3613(d) (providing government with right to file notice of lien); see also Plea Agreement, filed April 10, 2023, at 5:1-5 (acknowledging creation of lien upon entry of judgment; further acknowledging "the government will record a notice of lien in any county where I reside or have property"); Judgment, filed April 20, 2023, at 5 (ordering restitution in amount of $326,418.70).

Accordingly, defendant's request is hereby DENIED.

**IT IS SO ORDERED.**

Dated: May 10, 2023

MAXINE M. CHESNEY
United States District Judge